## GREER v. PARSONS

No. 334PA91

Case below: 103 N.C.App. 463

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1991. Motion by plaintiff to dismiss petition denied 6 November 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 6 November 1991.

## HILL v. PROFESSIONAL NURSES REGISTRY OF WINSTON-SALEM

No. 347P91

Case below: 103 N.C.App. 393

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1991.

## IN RE ANNEXATION ORDINANCE OF NEWTON

No. 367P91

Case below: 103 N.C.App. 664

Temporary stay dissolved 17 October 1991.

## IN RE ELLER

No. 403A91

Case below: 103 N.C.App. 625

Petition by Greer for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 6 November 1991.

## IN RE WALTERS

No. 371P91

Case below: 103 N.C.App. 525

Petition by Mary Cathy Terry Walters for discretionary review pursuant to G.S. 7A-31 denied 9 October 1991.